IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED ION BEAM TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VARIAN SEMICONDUCTOR EQUIPMENT ASSOCIATES, INC., NORMAN L. TURNER, KENNETH H. PURSER, and ALICE W. ENGE and ELIZABETH DILL, as Co-Executrixes of Estate of Harald A. Enge, <br><br> Defendants. | Civil Action No. 09-cv-11448 NG |

## **JOINT STIPULATION AND MOTION TO DISMISS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Advanced Ion Beam Technology, Inc. and Defendants Varian Semiconductor Equipment Associates, Inc., Norman L. Turner, Kenneth H. Purser, and Alice W. Enge and Elizabeth Dill as Co-Executrixes of the Estate of Harald Enge hereby jointly stipulate and request an order dismissing with prejudice all claims asserted in this action, with each party to bear its own costs, fees, and expenses.

A proposed order granting this Joint Motion is attached for the Court's convenience.

Respectfully submitted,

| ADVANCED ION BEAM TECHNOLOGY, INC. | VARIAN SEMICONDUCTOR EQUIPMENT ASSOCIATES, INC., NORMAN L. TURNER, KENNETH H. PURSER, and ALICE W. ENGE and ELIZABETH DILL, as Co-Executrixes of Estate of Harald A. Enge |
|---|---|
| By its attorneys, | By their attorneys, |
| */s/ Todd S. Holbrook*_____ | |
| Todd S. Holbrook (BBO # 563828) | */s/ Wayne L. Stoner*_____ |
| Morgan, Lewis & Bockius LLP | Wayne L. Stoner (BBO # 548015) |
| 225 Federal Street, 16th Floor | Richard W. O'Neill (BBO # 638170) |
| Boston, Massachusetts 02110 | Richard Goldenberg (BBO # 564399) |
| Tel:    617.341.7700 | Christopher G. Lim (BBO # 669920) |
| Fax:    617.341.7701 | Wilmer Cutler Pickering Hale and Dorr LLP |
| Email: tholbrook@morganlewis.com | 60 State Street |
| | Boston, Massachusetts  02109 |
| Dated: April 14, 2011 | (617) 526-6000 (telephone) |
| | (617) 526-5000 (facsimile) |

CERTIFICATE OF SERVICE

    I hereby certify that on April 14, 2011, a true and correct copy of this document and the [Proposed] Order attached hereto were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                */s/ Christopher G. Lim*_____
                                                Christopher G. Lim