IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED ION BEAM TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VARIAN SEMICONDUCTOR EQUIPMENT ASSOCIATES, INC., NORMAN L. TURNER, KENNETH H. PURSER, and ALICE W. ENGE and ELIZABETH DILL, as Co-Executrixes of Estate of Harald A. Enge, <br><br> Defendants. | Civil Action No. 09-cv-11448 NG |

## [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS

Having considered the Joint Stipulation and Motion to Dismiss that the parties filed on April 14, 2011, in the above-captioned action, IT IS HEREBY ORDERED THAT the Joint Motion to Dismiss is granted in its entirety, and pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this action are DISMISSED WITH PREJUDICE, with each party to bear its own costs, fees, and expenses.

SO ORDERED.

DATED: 4/20/11

_____
The Honorable Nancy Gertner
U.S. District Court Judge

3